Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       wklomp@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCES GROUP, LLC, a Nevada limited-liability company as trustee of the BOURNE VALLEY COURT TRUST; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; G&P ENTERPRISES, LLC dba ALLIED TRUSTEE SERVICES, a California limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01124-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF G&P ENTERPRISES, LLC dba ALLIED TRUSTEE SERVICES** |

## **STIPULATION**

This Stipulation and Order for Dismissal Without Prejudice of G&P Enterprises, LLC dba Allied Trustee Services ("Stipulation") is entered into as of the date below by and between Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant G&P Enterprises, LLC dba Allied Trustee Services ("Allied" and collectively with Wells Fargo, the "Parties"). The Parties hereby stipulate and agree as follows:

4841-0357-5116

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 124-35-215-124, commonly known as 5332 La Quinta Hills St., North Las Vegas, Nevada 89081 (the "Property"); and

WHEREAS, Wells Fargo filed this action on April 24, 2017, and alleges several causes of action against Allied; and

WHEREAS, Allied filed a Motion to Dismiss or in the Alternative for Summary Judgment on June 23, 2017 (ECF No. 11) whereby Allied moved to dismiss the causes of action in the Complaint; and

WHEREAS, Allied disclaims any interest in title to the Property;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to Allied only, with each party to bear their own fees/costs.

2. The Motion to Dismiss or in the Alternative for Summary Judgment (ECF No. 11) is hereby withdrawn. To the extent any portion of this Stipulation is denied and a response to the Motion is required, the Parties agree that Wells Fargo shall have two weeks following denial of the Stipulation within which to file a response to the Motion.

3. Any statute of limitations for the causes of action asserted against Allied, which Allied may allege have expired since the Complaint was filed on April 24, 2017, shall be tolled as of the filing date of the Complaint until this litigation is fully and finally resolved.

4. Allied will produce all documents in its possession related to the litigation and the Property. Allied shall supplement any production with additional documents it locates subsequent to its initial disclosure.

5. Upon notice by Wells Fargo, Allied shall produce to Wells Fargo's attorneys of record, a knowledgeable witness for deposition regarding the facts and circumstances in this case. Allied shall be provided 30 days' notice of the deposition, and an opportunity to coordinate with all remaining Parties concerning a mutually convenient time, date, and location of such deposition.

4841-0357-5116

1. 6. The Parties reserve any and all rights, privileges, and defenses under applicable law.

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

Dated: July 28, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Peter E. Dunkley*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Peter E. Dunkley, Esq.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for G&P Enterprises, LLC dba Allied Trustee Services*

Dated: July 28, 2017.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of August, 2017.

- 3 -

4841-0357-5116

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 28, 2017

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4841-0357-5116