1    ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
2    asurur@lawhjc.com

3    **HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
4    Las Vegas, Nevada 89128
(702) 316-4111
5    Fax (702)316-4114

6    *Attorneys for Cortez Heights*
*Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCES GROUP, LLC, A Nevada limited-liability company as trustee of the BOURNE VALLEY COURT TRUST; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; G&P ENTERPRISES, LLC dba ALLIED TRUSTEE SERVICES, a California limited-liability company;<br><br>Defendants. | Case No.: 2:17-CV-01124-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND MOTION DEADLINE PER MARCH 29, 2018 ORDER [ ECF No. 33]**<br><br>**FIRST REQUEST** |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, Wells Fargo Bank, N.A. ("Wells Fargo"); Cortez Heights Homeowners Association ("Cortez Heights HOA") and Resources Group, LLC, A Nevada limited-liability company as trustee of the Bourne Valley Court Trust ("Resources Group") by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order to extend the motion deadline set forth in this Court's March 29, 2018 Order [" Order, ECF. No. 33"]. This is the Stipulating Parties' first request for extension of this motion deadline. The current motion deadline is August 23, 2018. Defendant RESOURCES GROUP, LLC, FILED ITS SECOND MOTION TO DISMISS ON AUGUST 23, 2018 [ECF NO. 34], BUT the Stipulating Parties are seeking a fifty day extension until October 12, 2018 for any other parties to file a motion for summary judgment or motion to

1

1 dismiss. Responses to any motions filed on or before October 12, 2018 will be due November 9, 2018. All reply briefs will be due on December 14, 2018.

The motion deadline set forth in the Order is not the dispositive motion deadline for the action. At the time this case was stayed on March 29, 2018 [ECF No. 33], the parties were conducting discovery pursuant to an August 24, 2017 discovery plan and scheduling order [ECF No. 27], with approximately 3 months remaining until the dispositive motion deadline of June 22, 2018.

This request to extend the motion deadline is made in good faith, and is not for purpose of delay or prejudice to any party, but to allow all parties sufficient time to brief their motions, as well as any responses and reply briefs, given the Nevada Supreme Court's recent decision on the pending certified question. Pursuant to LR 26-4, good cause exists to grant this request within 21 days of the deadline to file dispositive motions, as the aforementioned decision was just issued on August 2, 2018, which was 21 days prior to the instant deadline and the parties have only conducted minimal discovery in this case.

The requested extension will not result in undue delay or prejudice to any party, as the stay has not been lifted and the parties have not submitted an amended discovery plan or scheduling order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the Parties agree that discovery in this action shall remain stayed during the pendency of the motions referred to in the foregoing paragraph. Within 30 days from the entry of an order resolving those motions, the parties shall meet and confer and submit a new discovery plan pursuant to LR 26-1.

| Dated: August 23, 2018. | Dated: August 23, 2018. |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | LAW OFFICES OF MICHAL F. BOHN, ESQ., LTD |
| By:____/s/Ashlie L. Surur_____<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Cortez Heights Homeowners' Association* | By:___/s/Michael F. Bohn_____<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Ste. 480<br>Henderson, Nevada 89074<br>*Attorneys for Resources Group, LLC as trustee for Bourne Valley Court Trust* |
| Dated: August 23, 2018.<br><br>SNELL & WILMER L.L.P<br><br>By:__ *Kiah D. Beverly-Graham* _____<br>Jeffery Willis, Esq.<br>Nevada Bar No. 4797<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>*Attorneys for Wells Fargo Bank, N.A.* | |

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: ___September 4, 2018_____

_____
UNITED STATES MAGISTRATE JUDGE

3